ERIC GRANT
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:26-MJ-00029-CKD |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING DATE |
| v. | ) | |
| HECTOR LOPEZ, | ) | |
| Defendant. | ) | Judge: Hon. Allison Claire |
| | ) | |

## STIPULATION

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By prior order, this matter was set for Preliminary Hearing on April 7, 2026.

2. By this Stipulation, the parties now move to continue the Preliminary Hearing until April 10, 2026, at 2:00 p.m.

3. The defendant made his initial appearance on March 25, 2026.

4. The defendant is presently detained pending trial in this matter.

///

///

///

Stipulation to Continue P/H                    1                    United States v. Hector Lopez

5. Good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

**IT IS SO STIPULATED.**

Dated:  April 6, 2026

ERIC GRANT
United States Attorney

By:  /s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney

Dated:  April 6, 2026

By:  /s/ MEGHAN D. McLOUGHLIN
MEGHAN D. McLOUGHLIN
Attorney for Hector Lopez
(as authorized on April 6, 2026)

## ORDER

IT IS SO FOUND AND ORDERED, this 6th day of April 2026.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stipulation to Continue P/H                    2                    United States v. Hector Lopez